IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Regina M. Baxley, | ) | C/A No.: 1:13-129-SVH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| Carolyn W. Colvin, Acting Commissioner of the Social Security Administration,[1] | ) ) ) ) | |
| | ) | |
| Defendant. | ) ) | |

    Plaintiff has indicated she wishes to voluntarily dismiss, pursuant to Rule 41 of the Federal Rules of Civil Procedure, this appeal from a denial of social security benefits. Defendant has answered the complaint and filed the administrative record. Defendant consents to the dismissal.

    It is therefore ordered that all claims against Defendant in the above-entitled action be dismissed.

    IT IS SO ORDERED.

July 2, 2013  
Columbia, South Carolina

Shiva V. Hodges  
United States Magistrate Judge

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013. Pursuant to Fed. R. Civ. P. 25(d), Carolyn W. Colvin is substituted for Commissioner Michael J. Astrue as the defendant in this lawsuit.